J. Scott Brown (6191)
Jeremy R. Cook (10325)
Brenda E. Weinberg (16187)
**COHNE KINGHORN**
**A Professional Corporation**
111 East Broadway, 11th Floor
Salt Lake City, Utah  84111
Telephone: (801) 363-4300
Email: sbrown@ck.law
Email: jcook@ck.law
Email: bweinberg@ck.law

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RYAN ROBERT WALZ**, an individual,<br>　　　　　　　　Plaintiff,<br>vs.<br>**CENTRAL BANK**, a Utah Corporation, **RYAN C. STAKER**, an individual, **J. SCOTT BROWN**, an individual, [and **COHNE KINGHORN**, a Professional Corporation],<br>　　　　　　　　Defendants. | **REQUEST TO SUBMIT FOR DECISION MOTION TO DISMISS (DKT. 13), MOTION TO STRIKE (DKT. 20), AND MOTION FOR LEAVE TO FILE SURREPLY (DKT. 22)**<br><br>**(NO HEARING REQUESTED)**<br><br>Case No. 2:24-cv-00618<br>Honorable Cecilia M. Romero |

Pursuant to DUCivR 7-3, Defendants Central Bank ("**Central Bank**"), Ryan C. Staker ("**Staker**"), J. Scott Brown ("**Brown**"), and Cohne Kinghorn, a Professional Corporation ("**Cohne Kinghorn**") (collectively, "**Defendants**"), by and through counsel of record, respectfully that Defendants' Motion to Dismiss Plaintiff Ryan Robert Walz's ("**Plaintiff**") Complaint, Defendants' Motion to Strike Plaintiff's Supplemental Brief, and Plaintiff's Motion for Leave to File Surreply be submitted for decision. The following pleadings related to the motions have been filed:

1

1. On September 18, 2025, Defendants filed their Motion to Dismiss Plaintiff's Complaint. Dkt. 13.

2. On September 24, 2025, Plaintiff filed a memorandum in opposition to Defendants' Motion to Dismiss. Dkt. 15.

3. On October 7, 2024, Defendants filed their Reply Memorandum in Support of Motion to Dismiss. Dkt. 17.

4. On January 15, 2025, Plaintiff filed a "supplemental brief" without leave of court. Dkt. 19.

5. On February 5, 2025, Defendants filed a Motion to Strike Plaintiff's Supplemental Brief. Dkt. 20.

6. On February 10, 2025, Plaintiff filed a Motion for Leave to File Surreply. Dkt. 22.

7. On February 11, 2025, Defendants filed a Response to Plaintiff's Motion for Leave to File Surreply.

WHEREFORE, Defendants' Motion to Dismiss, Defendants' Motion to Strike Plaintiff's Supplemental Brief, and Plaintiff's Motion for Leave to File Surreply are ripe for decision. Defendants do not request oral argument.

DATED this 11th day of February, 2025.

> COHNE KINGHORN
> A Professional Corporation
>
> /s/ J. Scott Brown
> J. Scott Brown
> Jeremy R. Cook
> Brenda E. Weinberg
> Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on the 11th day of February, 2025, I caused the foregoing **REQUEST TO SUBMIT FOR DECISION MOTION TO DISMISS (DKT. 13), MOTION TO STRIKE (DKT. 20), AND MOTION FOR LEAVE TO FILE SURREPLY (DKT. 22)** to be served by the court's electronic filing system which will send a notice of electronic filing to the following:

>Ryan Robert Walz
>2077 South Main Street
>Spanish Fork, Utah 84660
>Email: RYANWALZ@PROTON.ME

/s/ J. Scott Brown

[55154.27]

4929-7351-3753, v. 1