IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RYAN ROBERT WALZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CENTRAL BANK OF UTAH et al.,<br><br>　　　　　Defendant. | ORDER AFFIRMING AND ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:24CV0618-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

　　　　This case was assigned to United States District Court Judge Dale A. Kimball, who referred the case to United States Magistrate Judge Cecilia R. Romero under 28 U.S.C. § 636(b)(1)(B). On May 6, 2025, the Magistrate Judge entered a Report and Recommendation ("Recommendation"), recommending that the undersigned judge grant Defendants Central Bank of Utah, Ryan C. Staker, J. Scott Brown, and Cohne Kinghorn's Motion to Dismiss,[1] based on a lack of subject matter jurisdiction. The Magistrate Judge also recommended, as an alternate basis for dismissal, that the action be dismissed for failure to state a claim.

　　　　The Magistrate Judge's Recommendation notified the parties that any objection to the Recommendation must be filed within fourteen days. The court has not received an objection, and fourteen days have passed. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."[2] The court has reviewed

---

[1] ECF No. 27.
[2] *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150, (1985) ("It does not appear that Congress intended to require district court review of a

the record and determined that Magistrate Judge Romero's Recommendation is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). The court would also affirm under a de novo standard of review.

Accordingly, the court affirms and adopts Magistrate Judge Romero's Report and Recommendation in its entirety. Accordingly, Defendants' Motion to Dismiss [ECF No. 13] is GRANTED, and this action is DISMISSED without prejudice for lack of subject matter jurisdiction.

DATED this 21st day of May 2025.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

---

magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").